No. 1224. Ex parte López, Petitioner and Respondent, v. Rico, Contestant and Appellant.—Appeal from the District Court of Mayagüez in proceedings for designation of heirs. Motion by the appellant, with the consent of the respondent, for leave to withdraw the appeal. Decided November 2, 1914. Motion sustained. *Mr. José Sabater* for the respondent. *Mr. Angel A. Vázquez* for the contestant.

No. 1127. Coll, Plaintiff and Respondent, v. Mestres Brothers et al., Defendants and Appellants.—Appeal from the District Court of Arecibo, in an action of ejectment, etc. Motion by respondent for dismissal of the appeal. Decided November 5, 1914. Appeal dismissed for non-compliance with section 299 of the Code of Civil Procedure as amended by Act No. 70 of March 9, 1911. *Mr. Antonio Lens Cuena* for the respondent. *Mr. Santiago B. Palmer* for the appellants.

No. 1228. Guiliani, Plaintiff and Appellant, v. Janer, Defendant and Respondent.—Appeal from the District Court of Mayagüez in an action for divorce. Motion by respondent for dismissal of the appeal. Decided November 5, 1914. Appeal dismissed for non-compliance with section 299 of the Code of Civil Procedure as amended by Act No. 70 of March 9, 1911. *Mr. Jacinto Texidor* for the appellant. The respondent appeared by brief *pro se*.